**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00765-CV

### CAROL SHAW, Appellant

### V.

### BISHOP AIRFIELD RANCH, LLC, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90347**

### ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to clarify whether it intended its May 9, 2022 order granting plaintiff's summary judgment to be final and appealable. The abatement was at the request of appellant in response to appellee's motion to dismiss the appeal on the ground we lacked jurisdiction because the summary judgment was not final. On February 3, 2022, the trial court signed a clarification order stating its ruling on plaintiff's summary judgment was "in effect . . . a final and appealable judgment that

[disposed] of all claims and all parties[.]" The order was included in a supplemental clerk's record filed February 6, 2023.

As the trial court has clarified that its ruling was a final and appealable judgment, we **DENY** the motion to dismiss.

We **ORDER** appellee to file its brief no later than March 9, 2023.

/s/    BILL PEDERSEN, III
        JUSTICE